UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE AUSTIN PETERS,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY A. BEARD,<br><br>Respondent. | No. 2:15-cv-0586 JAM KJN P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Presently before the court is petitioner's request to proceed in forma pauperis. (ECF No. 16.) As petitioner previously paid the $5.00 filing fee herein (see ECF No. 1), petitioner's request will be denied without prejudice to its renewal at a future stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis (ECF No. 16) is denied without prejudice.

Dated: September 29, 2015

/pete0586.ifp.deny

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1