IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANE AUSTIN PETERS,** | Case No. 2:15-cv-0586-JKS |
| Petitioner, | **ORDER** |
| **v.** | |
| **ERIC ARNOLD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the state court reporter's transcripts of in camera proceedings held on August 10, 2010 and October 1, 2010 be filed under seal for the duration of the proceedings.

Dated:  October 25, 2017                    /s/ James K. Singleton
                                           The Honorable James K. Singleton

1