IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANE AUSTIN PETERS,** | Case No. 2:15-cv-0586-JKS |
| Petitioner, | **ORDER** |
| v. | |
| **ERIC ARNOLD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 16, 2017 in which to file a memorandum discussing the impact, if any, of the California Supreme Court's decision in *People v. Sanchez*, 374 P.3d 320 (Cal. 2016) on this case.

Dated: October 26, 2017          /s/ James K. Singleton
                                 The Honorable James K. Singleton